1

2  UNITED STATES BANKRUPTCY COURT
   SOUTHERN DISTRICT OF NEW YORK
   ------------------------------x   Case Nos.
3  In re                              01-16034(AJG)
                                     (See Docu. No. 30255)
4  ENRON CORP., et al,               New York, New York
                                     September 22, 2006
5       Reorganized Debtors.         10:09 a.m.
   ------------------------------x
6              DIGITALLY RECORDED PROCEEDINGS
                 (Proceedings -- Entire Day)
7  10:00 01-16034 ENRON CORP., et al
   (See Agenda re 9/22/2006, Document No. 30255)
8  (Adversary Proceeding Nos. Listed Below)
   Hearing on Proposed Stipulation Amending Existing
9  Insolvency Related Discovery Schedule.
   (03-04575)(03-04583)(03-04584)(03-06255)(03-06256)
10 (03-06264)(03-06265)(03-06289)(03-06290)(03-06292)
   (continued on next page)
11
   B E F O R E:
12   THE HONORABLE ARTHUR J. GONZALEZ
     United States Bankruptcy Judge
13
   A P P E A R A N C E S:
14   SUSMAN GODFREY LLP
     Co-Counsel for Reorganized Debtors
15      1000 Louisiana, Suite 5100
        Houston, Texas    77002
16
     BY:  JAMES T. SOUTHWICK, ESQ.
17          -and-
         KENNETH S. MARKS, ESQ.
18
     TOGUT, SEGAL & SEGAL LLP
19   Co-Counsel for Reorganized Debtors
        One Penn Plaza
20      New York, New York    10119

21   BY:  SEAN P. McGRATH, ESQ.
   (calendar continued on page 2)
22

23         DEBORAH HUNTSMAN, Court Reporter
              75 Maiden Lane, Suite 904
24             New York, New York   10038
           (212) 608-9053    (917) 723-9898
25    Proceedings Recorded by Electronic Sound Recording,
            Transcript Produced by Court Reporter

```
 1   A P P E A R A N C E S:   (continued)
     STEVENS & LEE
 2   Attorneys for the Discovery Committee Liasion
     Counsel
 3        1415 Marton Pike East, Suite 506
          Cherry Hill, New Jersey   08034
 4
     BY:  RONALD L. GLICK, ESQ.
 5
     ALLEN & OVERY LLP
 6   Attorneys for Barclays Bank PLC
          1221 Avenue of the Americas
 7        New York, New York   10020

 8   BY:  HUGH M. McDONALD, ESQ.

 9   WHITE & CASE LLP
     Attorneys for The Deutsche Bank Entities
10        1155 Avenue of the Americas
          New York, New York   10036
11
     BY:  TITIA A. HOLTZ, ESQ.
12
     PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
13   Attorneys for Citigroup and Affiliates
          1285 Avenue of the Americas
14        New York, New York   10019-6064

15   BY:   JONATHAN H. HURWITZ, ESQ.

16   SULLIVAN & CROMWELL LLP
     Attorneys for UBS AG and UBS Securities  LLC
17        125 Broad Street
          New York, New York   10004
18
     BY:  WILLIAM M. DALLAS, JR., ESQ.
19

20   Calendar:  (continued)
     (03-06295)(03-06949)(03-08870)(03-08875)(03-08876)
21   (03-08879)(03-08887)(03-08892)(03-08893)(03-08899)
     (03-08903)(03-08908)(03-09266)(03-91130)(03-91307)
22   (03-91313)(03-91335)(03-91359)(03-91384)(03-91407)
     (03-91430)(03-91434)(03-91482)(03-91490)(03-91506)
23   (03-91545)(03-91551)(03-91558)(03-91586)(03-91600)
     (03-91612)(03-92335)(03-92354)(03-92360)(03-92366)
24   (03-92389)(03-92406)(03-92422)(03-92423)(03-92465)
     (03-92469)(03-92481)(03-92482)(03-92488)(03-92511)
25   (03-92569)(03-92571)(03-92574)(03-92583)(03-92586)
```

2

Calendar:  (continued)

(03-92590)(03-92594)(03-92646)(03-92647)(03-92651)
(03-92654)(03-92677)(03-92682)(03-92698)(03-92701)
(03-92710)(03-92718)(03-92719)(03-92720)(03-92726)
(03-92731)(03-92733)(03-92734)(03-92745)(03-92747)
(03-92755)(03-92756)(03-92759)(03-92763)(03-92764)
(03-92765)(03-92766)(03-92767)(03-92768)(03-92775)
(03-92776)(03-92784)(03-92789)(03-92792)(03-92794)
(03-92795)(03-92796)(03-92797)(03-92802)(03-92803)
(03-92814)(03-92817)(03-92826)(03-92828)(03-92830)
(03-92836)(03-92838)(03-92839)(03-92848)(03-92849)
(03-92856)(03-92857)(03-92868)(03-92873)(03-92880)
(03-92884)(03-92890)(03-92899)(03-92927)(03-92935)
(03-92939)(03-92941)(03-92946)(03-92952)(03-92953)
(03-92954)(03-92958)(03-92961)(03-92962)(03-92969)
(03-92971)(03-92974)(03-92975)(03-92976)(03-92977)
(03-92980)(03-92982)(03-92983)(03-92984)(03-92991)
(03-92992)(03-92994)(03-92995)(03-93007)(03-93013)
(03-93030)(03-93031)(03-93036)(03-93038)(03-93039)
(03-93046)(03-93047)(03-93049)(03-93052)(03-93053)
(03-93057)(03-93059)(03-93061)(03-93062)(03-93067)
(03-93068)(03-93071)(03-93072)(03-93077)(03-93079)
(03-93081)(03-93090)(03-93091)(03-93103)(03-93104)
(03-93108)(03-93110)(03-93113)(03-93114)(03-93116)
(03-93117)(03-93134)(03-93137)(03-93140)(03-93142)
(03-93147)(03-93151)(03-93156)(03-93157)(03-93158)
(03-93160)(03-93163)(03-93165)(03-93166)(03-93171)
(03-93172)(03-93182)(03-93186)(03-93187)(03-93190)
(03-93194)(03-93198)(03-93201)(03-93204)(03-93205)
(03-93209)(03-93221)(03-93222)(03-93224)(03-93225)
(03-93228)(03-93232)(03-93234)(03-93239)(03-93242)
(03-93246)(03-93251)(03-93254)(03-93255)(03-93258)
(03-93259)(03-93261)(03-93263)(03-93265)(03-93270)
(03-93273)(03-93274)(03-93281)(03-93290)(03-93291)
(03-93292)(03-93293)(03-93294)(03-93297)(03-93301)
(03-93303)(03-93310)(03-93311)(03-93312)(03-93313)
(03-93314)(03-93315)(03-93323)(03-93324)(03-93329)
(03-93330)(03-93335)(03-93336)(03-93337)(03-93341)
(03-93344)(03-93345)(03-93350)(03-93351)(03-93352)
(03-93353)(03-93357)(03-93370)(03-93371)(03-93373)
(03-93376)(03-93378)(03-93381)(03-93388)(03-93398)
(03-93466)(03-93468)(03-93470)(03-93476)(03-93479)
(03-93485)(03-93486)(03-93491)(03-93492)(03-93493)
(03-93495)(03-93496)(03-93499)(03-93500)(03-93502)
(03-93503)(03-93505)(03-93507)(03-93510)(03-93512)
(03-93514)(03-93515)(03-93521)(03-93522)(03-93525)
(03-93527)(03-93529)(03-93568)(03-93579)(03-93584)
(03-93598)(03-93601)(03-93604)(03-93605)(03-93607)
(03-93609)(03-93610)(03-93611)(03-93612)(03-93613)

```
 1  Calendar:  (continued)
    (03-93614)(03-93615)(03-93616)(03-93617)(03-93618)
 2  (03-93619)(03-93620)(03-93621)(03-93623)(03-93624)
    (03-93626)(03-93627)(03-93629)(03-93630)(03-93631)
 3  (03-93632)(03-93633)(03-93635)(04-02895)(05-01023)
    (05-01025)(05-01026)(05-01029)(05-01061)(05-01074)
 4  (05-01105).
```

     \*  \*  \*  \*

6   JUDGE GONZALEZ: Please be seated.

7   The Enron matter.

8   MR. SOUTHWICK: Good morning, Your Honor.
9 James Southwick with Susman Godfrey on behalf of
10 Enron.

11   We are here this morning on an issue in the
12 coordinated insolvency aspect of this case.
13 Mr. Isakoff of Weil Gotshal usually handles these, but
14 he, unfortunately, has been detained by another judge
15 in another court who would not change his schedule. I
16 have been working with him, so I am here today.

17   What we have today, Judge, is a proposed
18 amendment to the insolvency schedule, as well as some
19 modifications to the disclosure requirements for
20 insolvency expert witnesses. Enron has been working
21 with the Defendants' Committee ever since the
22 Committee was formed. We have made enormous progress
23 in the discovery and litigation of the insolvency
24 process, but we all agree that a little more time is
25 necessary to complete the process. The schedule that

1  we have stipulated to, amongst Enron and the
2  Defendants Committee, is closely linked with the
3  schedule in the Mega Adversary Proceeding.  All those
4  dates sort of work together.
5        As we discussed with Your Honor on the
6  telephone hearing on August 30th, the stipulation that
7  we have entered in the insolvency proceeding was
8  noticed both on the insolvency docket that the Court
9  has set up, and the stipulation was also noticed in
10 all of the open adversary proceedings that are part of
11 the insolvency consolidated proceeding.  An objection
12 date or response date was set for September 18th.  We
13 noticed everybody.  Not a single objection was raised.
14 So we are here today, Your Honor, to ask that the
15 stipulation that amends the schedule, as well as
16 certain of the disclosure requirements for expert
17 witnesses, that have been agreed upon by Enron and the
18 Defendant's Committee and not objected to, be entered
19 by Your Honor.
20       JUDGE GONZALEZ:  Does anyone else wish to be
21 heard?
22       MR. GLICK:  Yes, Your Honor.  If it please the
23 Court, Ronald Glick of Stevens & Lee.  We represent
24 IBM in the underlying actions, but I am speaking as
25 the liaison counsel to the Committee.

1   This is, in fact, the stipulation that we have
2   agreed to.  I agree with Mr. Southwick's
3   representation to the Court, and we ask that the
4   stipulation be entered as well.
5            JUDGE GONZALEZ:  All right.  I am looking at
6   the stipulation that was attached to the notice for
7   today's hearing.  Would I be correct in assuming that
8   hasn't changed, or have there been modifications to
9   that?
10           MR. SOUTHWICK:  There have been no
11  modifications to the stipulation, Your Honor.  I
12  noticed today the stipulation does not have any place
13  for Your Honor to sign it.  I could modify it
14  electronically and get it to the Court promptly.
15           JUDGE GONZALEZ:  All right.  I am looking at
16  the last date.  The proposed date just for the
17  proposals on how to approach the consolidated trial is
18  now June 8, 2007?
19           MR. SOUTHWICK:  That is correct, Your Honor.
20  If that is of concern, the reason that is sort of the
21  latest date out there is because, given the rate at
22  which these cases have been settling, to try to
23  propose what a trial would look like any sooner, the
24  situation might change significantly between now and
25  the time we actually get to trial.

1          JUDGE GONZALEZ:  All right.  That is fine.

2          Is there anything further?

3          MR. GLICK:  No, your Honor

4          JUDGE GONZALEZ:  You can do one of two things.

5   I assume because we have this notice, we would have

6   the electronic format of this stipulation.  You can

7   check with my chambers, and, if we have it, my

8   chambers can just add the line for my signature and it

9   will be done now, or you may call your office and just

10  have them e-mail us.

11         MR. SOUTHWICK:  Why don't I just e-mail it to

12  you, Your Honor, so that you definitely have it?

13         JUDGE GONZALEZ:  Fine.  So as soon as we get

14  it, it will be entered most likely sometime today.

15         MR. GLICK:  Your Honor, the question I was

16  asking Mr. Southwick is:  although Enron did provide

17  notice of this stipulation in each separate adversary

18  proceeding, it is not captioned in each separate

19  adversary proceeding, and I think it would probably be

20  appropriate if it were entered in each outstanding

21  adversary proceeding.  Because, notwithstanding the

22  fact that people are getting multiple notices here and

23  they are getting on the insolvency docket, and one of

24  us will enter it on the insolvency discovery docket as

25  well, but I do think it will probably be a good idea,

1    particularly with regard to the expert issues.  All of
2    the fact discovery is being undertaken through the
3    Discovery Committee, but the expert issues are
4    separate to the individual parties, and they really
5    need to be aware of those dates.  They are the ones
6    who are going to be needing to retain their individual
7    experts as they see fit, both with regard to rebuttal
8    of the presumption or under the 548 issues.
9            JUDGE GONZALEZ:  In the past when something has
10   been entered on each individual adversary docket, how
11   has that been accomplished and what caption has been
12   used?
13           MR. GLICK:  I don't know how they did it.  The
14   only reason I know it was done is because we got one
15   in our individual case, and I don't know which caption
16   was used.  The Togut firm had done it with regard to
17   the stipulation.  I don't know how they accomplished
18   it.
19           MR. SOUTHWICK:  I don't know that there has
20   been anything else other than this notice that has
21   been individually noticed in each of the adversary
22   proceedings.
23           JUDGE GONZALEZ:  Contact my chambers and see
24   how it should be accomplished, because we can just
25   have it electronically put in each adversary, which is

1  not a difficult process at all.  My question really is
2  more towards, do we need to add an adversary caption
3  in one of these with either a joint administration
4  reference or maybe as an exhibit to the stipulation?
5  You have all the adversary numbers attached on the
6  service list.  We will try to work through it.  Have
7  someone contact my chambers and they can tell you, or
8  they will find out what format it needs to be in, in
9  order to get it placed.  It may simply be just placing
10 the stipulation in each one without adjusting the
11 caption at all.
12         MR. SOUTHWICK:  It strikes me that that would
13 be sufficient, but I will have someone contact
14 chambers.
15         JUDGE GONZALEZ:  All right.  Thank you.
16         MR. SOUTHWICK:  Thank you, Your Honor.
17         (Time noted:  10:17 a.m.)

1  C E R T I F I C A T E

2  STATE OF NEW YORK    )
                        : SS:
3  COUNTY OF NEW YORK   )

4

5        I, DEBORAH HUNTSMAN, a Shorthand Reporter

6  and Notary Public within and for the State of New

7  York, do hereby certify:

8        That the within is a true and accurate

9  transcript from the official electronic sound

10  recording of the proceedings held on the 22nd day of

11  September, 2006.

12        I further certify that I am not related by

13  blood or marriage to any of the parties and that I am

14  not interested in the outcome of this matter.

15        IN WITNESS WHEREOF, I have hereunto set my

16  hand this 27th day of September, 2006.

17

18

19

                 _DEB0RAH  HUNTSMAN_

20                   DEBORAH HUNTSMAN

   PROOFREAD BY YA'AKOVAH WEBER

21  PROOFREAD BY HALLIE CANTOR (ADV. PROC. NOS.)

22  ROUGH DRAFT DELIVERED 9/25/2006

23

24

25

| 0 | )(03-92775 [1] - 3:4 | )(03-93165)(03-93166 | 03-93527)(03-93529 | 3 |
|---|---|---|---|---|
| | 03-92776)(03-92784 | )(03-93171 [1] - 3:14 | )(03-93568)(03-93579 | |
| | )(03-92789)(03-92792 | 03-93172)(03-93182 | )(03-93584 [1] - 3:24 | 30255 [2] - 1:3, 1:7 |
| 01-16034 [1] - 1:7 | 03-92794 [1] - 3:4 | )(03-93186)(03-93187 | 03-93598)(03-93601 | 30th [1] - 5:6 |
| 01-16034(AJG [1] - 1:3 | 03-92795)(03-92796 | )(03-93190 [1] - 3:14 | )(03-93604)(03-93605 | |
| 03-04575)(03-04583 | )(03-92797)(03-92802 | 03-93194)(03-93198 | )(03-93607 [1] - 3:24 | 5 |
| )(03-04584)(03-06255 | )(03-92803 [1] - 3:5 | )(03-93201)(03-93204 | 03-93609)(03-93610 | |
| )(03-06256 [1] - 1:9 | 03-92814)(03-92817 | )(03-93205 [1] - 3:15 | )(03-93611)(03-93612 | 506 [1] - 2:3 |
| 03-06264)(03-06265 | )(03-92826)(03-92828 | 03-93209)(03-93221 | )(03-93613 [1] - 3:25 | 5100 [1] - 1:15 |
| )(03-06289)(03-06290 | )(03-92830 [1] - 3:5 | )(03-93222)(03-93224 | 03-93614)(03-93615 | 548 [1] - 8:8 |
| )(03-06292 [1] - 1:10 | 03-92836)(03-92838 | )(03-93225 [1] - 3:15 | )(03-93616)(03-93617 | |
| 03-06295)(03-06949 | )(03-92839)(03-92848 | 03-93228)(03-93232 | )(03-93618 [1] - 4:1 | 6 |
| )(03-08870)(03-08875 | )(03-92849 [1] - 3:6 | )(03-93234)(03-93239 | 03-93619)(03-93620 | |
| )(03-08876 [1] - 2:20 | 03-92856)(03-92857 | )(03-93242 [1] - 3:16 | )(03-93621)(03-93623 | 608-9053 [1] - 1:24 |
| 03-08879)(03-08887 | )(03-92868)(03-92873 | 03-93246)(03-93251 | )(03-93624 [1] - 4:2 | |
| )(03-08892)(03-08893 | )(03-92880 [1] - 3:6 | )(03-93254)(03-93255 | 03-93626)(03-93627 | 7 |
| )(03-08899 [1] - 2:21 | 03-92884)(03-92890 | )(03-93258 [1] - 3:16 | )(03-93629)(03-93630 | |
| 03-08903)(03-08908 | )(03-92899)(03-92927 | 03-93259)(03-93261 | )(03-93631 [1] - 4:2 | 723-9898 [1] - 1:24 |
| )(03-09266)(03-91130 | )(03-92935 [1] - 3:7 | )(03-93263)(03-93265 | 03-93632)(03-93633 | 75 [1] - 1:23 |
| )(03-91307 [1] - 2:21 | 03-92939)(03-92941 | )(03-93270 [1] - 3:17 | )(03-93635)(04-02895 | 77002 [1] - 1:15 |
| 03-91313)(03-91335 | )(03-92946)(03-92952 | 03-93273)(03-93274 | )(05-01023 [1] - 4:3 | |
| )(03-91359)(03-91384 | )(03-92953 [1] - 3:7 | )(03-93281)(03-93290 | 05-01025)(05-01026 | 8 |
| )(03-91407 [1] - 2:22 | 03-92954)(03-92958 | )(03-93291 [1] - 3:17 | )(05-01029)(05-01061 | |
| 03-91430)(03-91434 | )(03-92961)(03-92962 | 03-93292)(03-93293 | )(05-01074 [1] - 4:3 | 8 [1] - 6:18 |
| )(03-91482)(03-91490 | )(03-92969 [1] - 3:8 | )(03-93294)(03-93297 | 05-01105) [1] - 4:4 | |
| )(03-91506 [1] - 2:22 | 03-92971)(03-92974 | )(03-93301 [1] - 3:18 | 08034 [1] - 2:3 | 9 |
| 03-91545)(03-91551 | )(03-92975)(03-92976 | 03-93303)(03-93310 | | |
| )(03-91558)(03-91586 | )(03-92977 [1] - 3:8 | )(03-93311)(03-93312 | 1 | 9/22/2006 [1] - 1:7 |
| )(03-91600 [1] - 2:23 | 03-92980)(03-92982 | )(03-93313 [1] - 3:18 | | 9/25/2006 [1] - 10:22 |
| 03-91612)(03-92335 | )(03-92983)(03-92984 | 03-93314)(03-93315 | 1000 [1] - 1:15 | 904 [1] - 1:23 |
| )(03-92354)(03-92360 | )(03-92991 [1] - 3:9 | )(03-93323)(03-93324 | 10004 [1] - 2:17 | 917 [1] - 1:24 |
| )(03-92366 [1] - 2:23 | 03-92992)(03-92994 | )(03-93329 [1] - 3:19 | 10019-6064 [1] - 2:14 | |
| 03-92389)(03-92406 | )(03-92995)(03-93007 | 03-93330)(03-93335 | 10020 [1] - 2:7 | A |
| )(03-92422)(03-92423 | )(03-93013 [1] - 3:9 | )(03-93336)(03-93337 | 10036 [1] - 2:10 | |
| )(03-92465 [1] - 2:24 | 03-93030)(03-93031 | )(03-93341 [1] - 3:19 | 10038 [1] - 1:24 | a.m [2] - 1:5, 9:17 |
| 03-92469)(03-92481 | )(03-93036)(03-93038 | 03-93344)(03-93345 | 10119 [1] - 1:20 | accomplished [3] - 8:11, 8:17, 8:24 |
| )(03-92482)(03-92488 | )(03-93039 [1] - 3:10 | )(03-93350)(03-93351 | 10:00 [1] - 1:7 | accurate [1] - 10:8 |
| )(03-92511 [1] - 2:24 | 03-93046)(03-93047 | )(03-93352 [1] - 3:20 | 10:09 [1] - 1:5 | actions [1] - 5:24 |
| 03-92569)(03-92571 | )(03-93049)(03-93052 | 03-93353)(03-93357 | 10:17 [1] - 9:17 | add [2] - 7:8, 9:2 |
| )(03-92574)(03-92583 | )(03-93053 [1] - 3:10 | )(03-93370)(03-93371 | 1155 [1] - 2:10 | adjusting [1] - 9:10 |
| )(03-92586 [1] - 2:25 | 03-93057)(03-93059 | )(03-93373 [1] - 3:20 | 1221 [1] - 2:6 | administration [1] - 9:3 |
| 03-92590)(03-92594 | )(03-93061)(03-93062 | 03-93376)(03-93378 | 125 [1] - 2:17 | |
| )(03-92646)(03-92647 | )(03-93067 [1] - 3:11 | )(03-93381)(03-93388 | 1285 [1] - 2:13 | ADV [1] - 10:21 |
| )(03-92651 [1] - 3:1 | 03-93068)(03-93071 | )(03-93398 [1] - 3:21 | 1415 [1] - 2:3 | adversary [9] - 5:10, 7:17, 7:19, 7:21, 8:10, 8:21, 8:25, 9:2, 9:5 |
| 03-92654)(03-92677 | )(03-93072)(03-93077 | 03-93466)(03-93468 | 18th [1] - 5:12 | |
| )(03-92682)(03-92698 | )(03-93079 [1] - 3:11 | )(03-93470)(03-93476 | | Adversary [2] - 1:8, 5:3 |
| )(03-92701 [1] - 3:2 | 03-93081)(03-93090 | )(03-93479 [1] - 3:21 | 2 | |
| 03-92710)(03-92718 | )(03-93091)(03-93103 | 03-93485)(03-93486 | | Affiliates [1] - 2:13 |
| )(03-92719)(03-92720 | )(03-93104 [1] - 3:12 | )(03-93491)(03-93492 | 2 [1] - 1:21 | AG [1] - 2:16 |
| )(03-92726 [1] - 3:2 | 03-93108)(03-93110 | )(03-93493 [1] - 3:22 | 2006 [3] - 1:4, 10:11, 10:16 | Agenda [1] - 1:7 |
| 03-92731)(03-92733 | )(03-93113)(03-93114 | 03-93495)(03-93496 | | agree [2] - 4:24, 6:2 |
| )(03-92734)(03-92745 | )(03-93116 [1] - 3:12 | )(03-93499)(03-93500 | 2007 [1] - 6:18 | |
| )(03-92747 [1] - 3:3 | 03-93117)(03-93134 | )(03-93502 [1] - 3:22 | 212 [1] - 1:24 | |
| 03-92755)(03-92756 | )(03-93137)(03-93140 | 03-93503)(03-93505 | 22 [1] - 1:4 | |
| )(03-92759)(03-92763 | )(03-93142 [1] - 3:13 | )(03-93507)(03-93510 | 22nd [1] - 10:10 | |
| )(03-92764 [1] - 3:3 | 03-93147)(03-93151 | )(03-93512 [1] - 3:23 | 27th [1] - 10:16 | |
| 03-92765)(03-92766 | )(03-93156)(03-93157 | 03-93514)(03-93515 | | |
| )(03-92767)(03-92768 | )(03-93158 [1] - 3:13 | )(03-93521)(03-93522 | | |
| | 03-93160)(03-93163 | )(03-93525 [1] - 3:23 | | |

**agreed** [2] - 5:17, 6:2
**al** [2] - 1:4, 1:7
**ALLEN** [1] - 2:5
**Amending** [1] - 1:8
**amendment** [1] - 4:18
**amends** [1] - 5:15
**Americas** [3] - 2:6, 2:10, 2:13
**approach** [1] - 6:17
**appropriate** [1] - 7:20
**ARTHUR** [1] - 1:12
**aspect** [1] - 4:12
**assume** [1] - 7:5
**assuming** [1] - 6:7
**attached** [2] - 6:6, 9:5
**Attorneys** [5] - 2:2, 2:6, 2:9, 2:13, 2:16
**August** [1] - 5:6
**Avenue** [3] - 2:6, 2:10, 2:13
**aware** [1] - 8:5

**B**

**Bank** [2] - 2:6, 2:9
**BANKRUPTCY** [1] - 1:1
**Bankruptcy** [1] - 1:12
**Barclays** [1] - 2:6
**behalf** [1] - 4:9
**Below** [1] - 1:8
**between** [1] - 6:24
**blood** [1] - 10:13
**Broad** [1] - 2:17
**BY** [9] - 1:16, 1:21, 2:4, 2:8, 2:11, 2:15, 2:18, 10:20, 10:21

**C**

**Calendar** [3] - 2:20, 3:1, 4:1
**calendar** [1] - 1:21
**CANTOR** [1] - 10:21
**caption** [4] - 8:11, 8:15, 9:2, 9:11
**captioned** [1] - 7:18
**case** [2] - 4:12, 8:15
**Case** [1] - 1:2
**CASE** [1] - 2:9
**cases** [1] - 6:22
**certain** [1] - 5:16
**certify** [2] - 10:7, 10:12

**chambers** [5] - 7:7, 7:8, 8:23, 9:7, 9:14
**change** [2] - 4:15, 6:24
**changed** [1] - 6:8
**check** [1] - 7:7
**Cherry** [1] - 2:3
**Citigroup** [1] - 2:13
**closely** [1] - 5:2
**Co** [2] - 1:14, 1:19
**Co-Counsel** [2] - 1:14, 1:19
**Committee** [7] - 2:2, 4:21, 4:22, 5:2, 5:18, 5:25, 8:3
**complete** [1] - 4:25
**concern** [1] - 6:20
**consolidated** [2] - 5:11, 6:17
**Contact** [1] - 8:23
**contact** [2] - 9:7, 9:13
**continued** [6] - 1:10, 1:21, 2:1, 2:20, 3:1, 4:1
**coordinated** [1] - 4:12
**CORP** [2] - 1:4, 1:7
**correct** [2] - 6:7, 6:19
**Counsel** [3] - 1:14, 1:19, 2:2
**counsel** [1] - 5:25
**COUNTY** [1] - 10:3
**court** [1] - 4:15
**COURT** [1] - 1:1
**Court** [6] - 1:23, 1:25, 5:8, 5:23, 6:3, 6:14
**CROMWELL** [1] - 2:16

**D**

**DALLAS** [1] - 2:18
**date** [5] - 5:12, 6:16, 6:21
**dates** [2] - 5:4, 8:5
**DEBORAH** [4] - 1:23, 10:5, 10:19, 10:20
**Debtors** [3] - 1:5, 1:14, 1:19
**Defendant's** [1] - 5:18
**Defendants** [1] - 5:2
**Defendants'** [1] - 4:21
**definitely** [1] - 7:12
**DELIVERED** [1] - 10:22

**detained** [1] - 4:14
**Deutsche** [1] - 2:9
**difficult** [1] - 9:1
**DIGITALLY** [1] - 1:6
**disclosure** [2] - 4:19, 5:16
**Discovery** [3] - 1:9, 2:2, 8:3
**discovery** [3] - 4:23, 7:24, 8:2
**discussed** [1] - 5:5
**DISTRICT** [1] - 1:2
**docket** [4] - 5:8, 7:23, 7:24, 8:10
**Docu** [1] - 1:3
**Document** [1] - 1:7
**done** [3] - 7:9, 8:14, 8:16
**DRAFT** [1] - 10:22

**E**

**e-mail** [2] - 7:10, 7:11
**East** [1] - 2:3
**either** [1] - 9:3
**electronic** [2] - 7:6, 10:9
**Electronic** [1] - 1:25
**electronically** [2] - 6:14, 8:25
**enormous** [1] - 4:22
**ENRON** [2] - 1:4, 1:7
**Enron** [6] - 4:7, 4:10, 4:20, 5:1, 5:17, 7:16
**enter** [1] - 7:24
**entered** [6] - 5:7, 5:18, 6:4, 7:14, 7:20, 8:10
**Entire** [1] - 1:6
**Entities** [1] - 2:9
**ESQ** [8] - 1:16, 1:17, 1:21, 2:4, 2:8, 2:11, 2:15, 2:18
**et** [2] - 1:4, 1:7
**exhibit** [1] - 9:4
**Existing** [1] - 1:8
**expert** [4] - 4:20, 5:16, 8:1, 8:3
**experts** [1] - 8:7

**F**

**fact** [3] - 6:1, 7:22, 8:2
**Fine** [1] - 7:13
**fine** [1] - 7:1
**firm** [1] - 8:16

**fit** [1] - 8:7
**format** [2] - 7:6, 9:8
**formed** [1] - 4:22

**G**

**GARRISON** [1] - 2:12
**given** [1] - 6:21
**GLICK** [5] - 2:4, 5:22, 7:3, 7:15, 8:13
**Glick** [1] - 5:23
**Godfrey** [1] - 4:9
**GODFREY** [1] - 1:14
**GONZALEZ** [11] - 1:12, 4:6, 5:20, 6:5, 6:15, 7:1, 7:4, 7:13, 8:9, 8:23, 9:15
**Gotshal** [1] - 4:13

**H**

**HALLIE** [1] - 10:21
**hand** [1] - 10:16
**handles** [1] - 4:13
**heard** [1] - 5:21
**Hearing** [1] - 1:8
**hearing** [2] - 5:6, 6:7
**held** [1] - 10:10
**hereby** [1] - 10:7
**hereunto** [1] - 10:15
**Hill** [1] - 2:3
**HOLTZ** [1] - 2:11
**Honor** [12] - 4:8, 5:5, 5:14, 5:19, 5:22, 6:11, 6:13, 6:19, 7:3, 7:12, 7:15, 9:16
**HONORABLE** [1] - 1:12
**Houston** [1] - 1:15
**HUGH** [1] - 2:8
**HUNTSMAN** [4] - 1:23, 10:5, 10:19, 10:20
**HURWITZ** [1] - 2:15

**I**

**IBM** [1] - 5:24
**idea** [1] - 7:25
**IN** [1] - 10:15
**individual** [4] - 8:4, 8:6, 8:10, 8:15
**individually** [1] - 8:21
**Insolvency** [1] - 1:9
**insolvency** [9] -

4:12, 4:18, 4:20, 4:23, 5:7, 5:8, 5:11, 7:23, 7:24
**interested** [1] - 10:14
**Isakoff** [1] - 4:13
**issue** [1] - 4:11
**issues** [3] - 8:1, 8:3, 8:8

**J**

**James** [1] - 4:9
**JAMES** [1] - 1:16
**Jersey** [1] - 2:3
**joint** [1] - 9:3
**JONATHAN** [1] - 2:15
**JR** [1] - 2:18
**judge** [1] - 4:14
**Judge** [2] - 1:12, 4:17
**JUDGE** [10] - 4:6, 5:20, 6:5, 6:15, 7:1, 7:4, 7:13, 8:9, 8:23, 9:15
**June** [1] - 6:18

**K**

**KENNETH** [1] - 1:17

**L**

**Lane** [1] - 1:23
**last** [1] - 6:16
**latest** [1] - 6:21
**LEE** [1] - 2:1
**Lee** [1] - 5:23
**liaison** [1] - 5:25
**Liasion** [1] - 2:2
**likely** [1] - 7:14
**line** [1] - 7:8
**linked** [1] - 5:2
**list** [1] - 9:6
**Listed** [1] - 1:8
**litigation** [1] - 4:23
**LLC** [1] - 2:16
**LLP** [6] - 1:14, 1:18, 2:5, 2:9, 2:12, 2:16
**look** [1] - 6:23
**looking** [2] - 6:5, 6:15
**Louisiana** [1] - 1:15

**M**

**Maiden** [1] - 1:23
mail [2] - 7:10, 7:11
**MARKS** [1] - 1:17
marriage [1] - 10:13
**Marton** [1] - 2:3
matter [2] - 4:7, 10:14
**McDONALD** [1] - 2:8
**McGRATH** [1] - 1:21
**Mega** [1] - 5:3
might [1] - 6:24
modifications [3] - 4:19, 6:8, 6:11
modify [1] - 6:13
morning [2] - 4:8, 4:11
most [1] - 7:14
**MR** [11] - 4:8, 5:22, 6:10, 6:19, 7:3, 7:11, 7:15, 8:13, 8:19, 9:12, 9:16
multiple [1] - 7:22

**N**

necessary [1] - 4:25
need [2] - 8:5, 9:2
needing [1] - 8:6
needs [1] - 9:8
**NEW** [3] - 1:2, 10:2, 10:3
**New** [16] - 1:4, 1:20, 1:24, 2:3, 2:7, 2:10, 2:14, 2:17, 10:6
next [1] - 1:10
**NOS** [1] - 10:21
**Nos** [2] - 1:2, 1:8
**Notary** [1] - 10:6
noted [1] - 9:17
notice [4] - 6:6, 7:5, 7:17, 8:20
noticed [5] - 5:8, 5:9, 5:13, 6:12, 8:21
notices [1] - 7:22
notwithstanding [1] - 7:21
numbers [1] - 9:5

**O**

objected [1] - 5:18
objection [2] - 5:11, 5:13
**OF** [3] - 1:2, 10:2, 10:3

office [1] - 7:9
official [1] - 10:9
**One** [1] - 1:19
one [5] - 7:4, 7:23, 8:14, 9:3, 9:10
ones [1] - 8:5
open [1] - 5:10
order [1] - 9:9
outcome [1] - 10:14
outstanding [1] - 7:20
**OVERY** [1] - 2:5

**P**

page [2] - 1:10, 1:21
part [1] - 5:10
particularly [1] - 8:1
parties [2] - 8:4, 10:13
past [1] - 8:9
**PAUL** [1] - 2:12
**Penn** [1] - 1:19
people [1] - 7:22
**Pike** [1] - 2:3
place [1] - 6:12
placed [1] - 9:9
placing [1] - 9:9
**Plaza** [1] - 1:19
**PLC** [1] - 2:6
presumption [1] - 8:8
**PROC** [1] - 10:21
**Proceeding** [2] - 1:8, 5:3
proceeding [5] - 5:7, 5:11, 7:18, 7:19, 7:21
**PROCEEDINGS** [1] - 1:6
proceedings [3] - 5:10, 8:22, 10:10
**Proceedings** [2] - 1:6, 1:25
process [3] - 4:24, 4:25, 9:1
**Produced** [1] - 1:25
progress [1] - 4:22
promptly [1] - 6:14
**PROOFREAD** [2] - 10:20, 10:21
proposals [1] - 6:17
propose [1] - 6:23
**Proposed** [1] - 1:8
proposed [2] - 4:17, 6:16
provide [1] - 7:16
**Public** [1] - 10:6
put [1] - 8:25

**R**

raised [1] - 5:13
rate [1] - 6:21
re [2] - 1:3, 1:7
really [2] - 8:4, 9:1
reason [2] - 6:20, 8:14
rebuttal [1] - 8:7
**RECORDED** [1] - 1:6
**Recorded** [1] - 1:25
recording [1] - 10:10
**Recording** [1] - 1:25
reference [1] - 9:4
regard [3] - 8:1, 8:7, 8:16
related [1] - 10:12
**Related** [1] - 1:9
**Reorganized** [3] - 1:5, 1:14, 1:19
**Reporter** [3] - 1:23, 1:25, 10:5
represent [1] - 5:23
representation [1] - 6:3
requirements [2] - 4:19, 5:16
response [1] - 5:12
retain [1] - 8:6
**RIFKIND** [1] - 2:12
**RONALD** [1] - 2:4
**Ronald** [1] - 5:23
**ROUGH** [1] - 10:22

**S**

schedule [5] - 4:15, 4:18, 4:25, 5:3, 5:15
**Schedule** [1] - 1:9
**SEAN** [1] - 1:21
seated [1] - 4:6
**Securities** [1] - 2:16
**See** [2] - 1:3, 1:7
see [2] - 8:7, 8:23
**SEGAL** [2] - 1:18
separate [3] - 7:17, 7:18, 8:4
**September** [4] - 1:4, 5:12, 10:11, 10:16
service [1] - 9:6
set [3] - 5:9, 5:12, 10:15
settling [1] - 6:22
**Shorthand** [1] - 10:5
sign [1] - 6:13
signature [1] - 7:8
significantly [1] - 6:24
simply [1] - 9:9
single [1] - 5:13
situation [1] - 6:24
someone [2] - 9:7, 9:13
sometime [1] - 7:14
soon [1] - 7:13
sooner [1] - 6:23
sort [2] - 5:4, 6:20
sound [1] - 10:9
**Sound** [1] - 1:25
**SOUTHERN** [1] - 1:2
**Southwick** [2] - 4:9, 7:16
**SOUTHWICK** [8] - 1:16, 4:8, 6:10, 6:19, 7:11, 8:19, 9:12, 9:16
**Southwick's** [1] - 6:2
speaking [1] - 5:24
**SS** [1] - 10:2
**STATE** [1] - 10:2
**State** [1] - 10:6
**STATES** [1] - 1:1
**States** [1] - 1:12
**STEVENS** [1] - 2:1
**Stevens** [1] - 5:23
stipulated [1] - 5:1
**Stipulation** [1] - 1:8
stipulation [13] - 5:6, 5:9, 5:15, 6:1, 6:4, 6:6, 6:11, 6:12, 7:6, 7:17, 8:17, 9:4, 9:10
**Street** [1] - 2:17
strikes [1] - 9:12
sufficient [1] - 9:13
**Suite** [3] - 1:15, 1:23, 2:3
**SULLIVAN** [1] - 2:16
**Susman** [1] - 4:9
**SUSMAN** [1] - 1:14

**T**

telephone [1] - 5:6
**Texas** [1] - 1:15
**THE** [1] - 1:12
**TITIA** [1] - 2:11
today [5] - 4:16, 4:17, 5:14, 6:12, 7:14
today's [1] - 6:7
together [1] - 5:4
**TOGUT** [1] - 1:18
**Togut** [1] - 8:16
towards [1] - 9:2
transcript [1] - 10:9
**Transcript** [1] - 1:25
trial [3] - 6:17, 6:23, 6:25
true [1] - 10:8
try [2] - 6:22, 9:6
two [1] - 7:4

**U**

**UBS** [2] - 2:16
under [1] - 8:8
underlying [1] - 5:24
undertaken [1] - 8:2
unfortunately [1] - 4:14
**UNITED** [1] - 1:1
**United** [1] - 1:12
up [1] - 5:9

**W**

**WEBER** [1] - 10:20
**Weil** [1] - 4:13
**WEISS** [1] - 2:12
**WHARTON** [1] - 2:12
**WHEREOF** [1] - 10:15
**WHITE** [1] - 2:9
**WILLIAM** [1] - 2:18
wish [1] - 5:20
**WITNESS** [1] - 10:15
witnesses [2] - 4:20, 5:17

**Y**

**YA'AKOVAH** [1] - 10:20
**YORK** [3] - 1:2, 10:2, 10:3
**York** [15] - 1:4, 1:20, 1:24, 2:7, 2:10, 2:14, 2:17, 10:7